Kenneth M. Gutsch, ABA 8811186
RICHMOND & QUINN
360 "K" Street, Suite 200
Anchorage, Alaska 99501
Telephone: (907) 276-5727
Facsimile: (907) 276-2953
Email: kgutsch@richmondquinn.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT KODIAK

| | |
|---|---|
| RICARDO FELIZARDO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WAL-MART STORES, INC. ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:12-cv-_____ |

## NOTICE OF REMOVAL

TO:     The United States District Court
            For the District of Alaska

AND TO:  Jill Wittenbrader

You are hereby notified that, pursuant to 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446, the above defendant, Wal-Mart Stores, Inc., has this day filed in the United States District Court for the District of Alaska this Notice of Removal of the following action: *Ricardo Felizardo v. Wal-Mart Stores, Inc.,* filed in the Superior Court for the State of Alaska, Third Judicial District at Kodiak, Case No. 3KO-12-205 CI. You are also notified that the said defendant has filed a copy of this Notice with the Clerk of the Superior Court

for the Third Judicial District at Kodiak, and that said action has thereby been removed from the Superior Court to the United States District Court. *See,* Ex. A ("Notice of Removal to United States District Court" w/o attachments).

The grounds for removal are as follows: Diversity of citizenship. 28 U.S.C. §§ 1331, 1332(a)(1), 1441 and 1446. Plaintiff is a resident and citizen of the State of Alaska (Ex. B, Complaint at ¶ 1). Defendant, Wal-Mart Stores, Inc. is a Delaware corporation whose principal place of business is in Arkansas. Defendant, Wal-Mart Stores, Inc. is therefore a citizen of Delaware and Arkansas, and there is complete diversity of citizenship amongst the parties. This removal is being filed within twenty (30) days after service of process on May 29, 2012.

Suit was filed by plaintiff in Alaska Superior Court, Third Judicial District at Kodiak, on or about May 17, 2012. Plaintiff claims damages in excess of $75,000.

Based on the above, this court has removal jurisdiction over this action, and defendant is entitled to remove this action to this Court from the Superior Court for the State of Alaska.

DATED this 21st day of June, 2012, Anchorage, Alaska.

                RICHMOND & QUINN
                Attorneys for Defendant

By:   /s/ Kenneth M. Gutsch
       Kenneth M. Gutsch
       RICHMOND & QUINN
       360 "K" Street, Suite 200
       Anchorage, Alaska 99501
       Telephone: (907) 276-5727

Facsimile: (907)276-2953
E-mail: kgutsch@richmondquinn.com
Alaska Bar No. 8811186

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 21st day of June, 2012, a copy of the foregoing was served by electronically on the following:

Jill Wittenbrader
jillwitt@gmail.com

/s/ Kenneth M. Gutsch
    RICHMOND & QUINN
2245\043\PLD\Removal from State Court

**NOTICE OF REMOVAL**
Felizardo v. Wal-Mart Stores, Inc., Case No. 3:12-cv-_____
Page 3